# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

AHMAD RASHAAD FERGUSON, )
)
    Petitioner, )
)
v. ) CASE NO. CV413-181
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 12). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 Petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

In his objections, Petitioner relies on Moncrieffe v. Holder, ___ U.S. ___, 133 S. Ct. 1678 (2013), for the proposition that his prior convictions for possession of marijuana or cocaine with the intent to distribute do not qualify him as a career offender for purposes of sentencing under the federal guidelines. (Doc. 12 at 2-6.) As the

Magistrate Judge correctly pointed out, Moncrieffe defined aggravated felonies for drug trafficking under the Immigration and Nationality Act. 133 S. Ct. at 1685-87. The Armed Career Criminal Act, however, contains its own definition of felony drug offenses, under which Petitioner's prior convictions clearly fall. See 21 U.S.C. § 802(44); id. § 841(b)(1)(B). As a result, Petitioner's reliance on Moncrieffe is misplaced as it offers him no relief.

SO ORDERED this 28th day of February 2014.

*[signature]*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA