# UNITED STATES DISTRICT COURT
## for the
### Savannah Division

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Ahmad Rashaad Ferguson ) | Case No: 4:08-CR-00089-1 |
| ) | USM No: 13583-021 |
| Date of Original Judgment: November 12, 2008 ) | Christopher L. Ray |
| Date of Previous Amended Judgment: N/A ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] **DENIED.** [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated November 12, 2008, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 13, 2015

Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
*Printed name and title*