IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AHMAD RASHAAD FERGUSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. CV413-181 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

Before the Court is Petitioner Ahmad Rashaad Furguson's Motion for Reconsideration. (Doc. 15.) In the motion, Petitioner seeks reconsideration of this Court's order (Doc. 13) adopting the Magistrate Judge's Report and Recommendation (Doc. 9), and dismissing his 28 U.S.C. § 2255 petition. After carefully reviewing Petitioner's motion and the record in this case, the Court can find no reason to disturb its prior order. Accordingly, Petitioner's motion is **DENIED**.

SO ORDERED this 22ND day of June 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA