IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. CR408-89 |
| | ) | |
| AHMAD FERGUSON | ) | |

ORDER

Before the Court is Defendant Ahmad Ferguson's Motion to Release Funds. (Document 72). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $1,000.00, with any accrued interest to: Kenya Cooper, 1510 E. 32nd Street, Savannah, Georgia 31404.

**SO ORDERED**, this 15th day of May 2018.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA